UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**AYUBA AGBONKHESE**          Case No. 3:21-cv-01675-HZ

        Plaintiff          **JUDGMENT**

vs

**CURALEAF, INC.**

        Defendant

**JUDGMENT** – Page 1 of 2

**IT IS ADJUDGED:**

Judgment is entered against Curaleaf, Inc. for $50,000.

DATED:  January 20, 2022

_____
Marco A. Hernández
United States District Court Judge

**JUDGMENT** – Page 2 of 2